In the Matter of the Petition of GEORGE E. MINER, Executor, etc., of GEORGE F. ALEXANDER, Deceased, to Render and Settle the Account of GEORGE F. ALEXANDER, as Executor, etc., of JAMES S. McKEOGH, Deceased, and In the Matter of the Petition of ANNA G. GOUGH to Construe the Terms of the Last Will and Testament of JAMES S. McKEOGH, Deceased. KATHLEEN MINOGUE, Appellant; JAMES ARTHUR COOKE and Others, Beneficiaries, and Others, Respondents.— Order of the Surrogate's Court of Kings county charging the general legacies on the

residuary real property unanimously affirmed, with one bill of costs to the respondents, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ. [151 Misc. 327.]